| | |
|---|---|
| A. Meyers | 27th Judicial District Court |
| vs | Docket No: 21 C 1974 A |
| Lowe's Home Centers, LLC, et al. | St. Landry Parish, Louisiana |

**Petition for Damages**

Angelia Meyers (Meyers) a major, domiciliary of St. Landry Parish who in petition for personal injury damages caused in a trip and fall outside of Lowe's Home Centers, LLC in Opelousas, Louisiana on or about June 13, 2020 (the Incident), based on information and belief, respectfully submits:

1. Defendants are:

   05/26/21 12:11:42
   St. Landry Parish Clerk

   a. Lowe's Home Centers, LLC, a foreign corporation who can be served through its designated agent, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802 (Lowe's); and

   b. Alan Sherlock, a major, domiciliary of Louisiana who can be served at 122 Laplace Avenue, Carencro, Louisiana (Sherlock).

2. At the time of the Incident, Lowe's owned and operated the retail store called Lowe's Home Improvement located at 1130 East Landry Street, Opelousas, Louisiana (the Store).

3. Sherlock was the Store's manager, in charge of customer safety among other things.

4. While Meyers was outside of the front of the Store, after purchasing a snow cone from a mobile vendor permissibly on the Store's property, she tripped on a cable that was laced between products displayed for sale.

5. Upon information and belief, the cable was intended to prevent theft.

6. Tripped by the hard-to-see or perceive cable, plaintiff fell to the ground.

7. The Incident injured plaintiff.

8. Lowe's and Sherlock caused the Incident.

9. Defendants' fault includes failure to warn patrons of the presence of the trip hazard exterior of the Store, failure to remove the trip hazard during Store hours, creating an unreasonable risk of harm, and placing profits above safety.

10. More specifically, Lowes owes a duty of care to plaintiff and other customers to keep its premises free of trip hazards.

11. Lowes breached that duty which caused plaintiff's damages.

12. At the time of the Incident, Sherlock was the Store's general manager.



EXHIBIT A

13. At the time of the Incident, Lowes had delegated to Sherlock or other manager or manager on duty (Manager) the duty to keep the Store free of trip hazards.

14. Manger breached that delegated duty through personal fault, particularly by:
    a. Allowing a third-party vendor to position itself in an area that would cause patrons to travel atypical paths into and out of the Store.
    b. Failing to remove the cable so as to remove the trip hazard.
    c. Failing to warn patrons of the existence of the cable once Manager decided to not remove the cable.

15. Personal liability cannot be imposed on Manager because of Manager's general administrative responsibility for performance of some function of employment.

16. Meyers's damages include past, present and future general and special damages.

17. Defendants must satisfy plaintiff's damages.

18. The amount in controversy is exceeds the jury-trial threshold.

WHEREFORE, the premises considered, plaintiff prays that defendants be duly served with this Petition, cited to appear and answer same, and that after legal delays and due proceedings had that there be judgment in plaintiffs favor and against defendants jointly, severally and in solido, in an amount reasonable in the premises, together with legal interest from date of judicial demand and for all costs of these proceedings; and for all general and equitable relief under law.

Respectfully submitted,

THE GLENN ARMENTOR LAW CORPORATION

_____
Tracy P. Curtis (21546)
300 Stewart Street
Lafayette, LA 70501
(337) 233-1471
Fax: (337) 233-5655
tcurtis@glennarmentor.com
*Attorneys for Plaintiff*

**Please Serve:**

Lowe's Home Center, LLC
Through its designated agent
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana

Alan Sherlock
122 Laplace Ave
Carencro, Louisiana

# Gary Williams

| | |
|---|---|
| **From:** | Tracy Curtis <tcurtis@glennarmentor.com> |
| **Sent:** | Friday, September 10, 2021 12:15 PM |
| **To:** | Gary Williams |
| **Cc:** | Maria L. Snowden; Vicki Leblanc |
| **Subject:** | RE: Meyers v Lowes Home Centers, LLC, et al |

Gary,

I hope that all's well and that Ida didn't punish you too much. Plaintiff has been offered Extreme Lateral Interbody Fusion (XLIF). If Lowes is interested in a defense medical opinion, please set it up as soon as possible.

If so, this link will provide you with the records we have in our file:
https://www.dropbox.com/s/447crf4zl7l2rw2/Medical%20reports%20to%20date%20for%20production%20to%20Lowes%20via%20Drop%20Box%209-10-21%20Angelia%20Meyers.pdf?dl=0

Thanks, Tracy

Tracy P. Curtis, Esq.
Glenn Armentor Law Corporation
300 Stewart Street
Lafayette, LA 70501
(337) 233-1471
Fax: (337) 233-5655

CONFIDENTIALITY NOTICE:
The information transmitted in this e-mail and in any attachment may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.

---

**From:** Tracy Curtis
**Sent:** Thursday, August 12, 2021 10:40 AM
**To:** 'Gary Williams' <gwilliams@twpdlaw.com>
**Cc:** Maria L. Snowden <msnowden@twpdlaw.com>; Vicki Leblanc <VLeblanc@glennarmentor.com>
**Subject:** RE: Meyers v Lowes Home Centers, LLC, et al

Plaintiff grants 30-days on both. It can be longer for the discovery. But I would like to receive any video evidence as soon as possible. There may be third-liability at play since plaintiff was walking from truck vendor at the time of the fall. Covid shouldn't hamper electronic transmission of video. Thanks, Tracy

**From:** Gary Williams <gwilliams@twpdlaw.com>
**Sent:** Thursday, August 12, 2021 9:21 AM
**To:** Tracy Curtis <tcurtis@glennarmentor.com>
**Cc:** Maria L. Snowden <msnowden@twpdlaw.com>; Vicki Leblanc <VLeblanc@glennarmentor.com>
**Subject:** RE: Meyers v Lowes Home Centers, LLC, et al



EXHIBIT B

1

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Suite 101   Lafayette, LA 70508
3379812125  Fax: 3379812174

July 29, 2021
Page 1
Transcription

**Angelia Meyers**
Female                          11480            Ins: Access Healthcare Management

07/26/2021 - Transcription: Brennan, William A - Letter
Provider: William A Brennan MD
Location of Care: Neurosurgical Solutions of Lafayette LLC
Status: UNSIGNED DOCUMENT

Brennan, William A - Letter
July 26, 2021


Paul E. Fenn, Jr., M.D.
105 Patriot Avenue, Suite #101
Lafayette, LA 70508

RE:   ANGELIA MEYERS

Dear Dr. Fenn:

I had the pleasure of seeing Angelia Meyers in the office today. Thank you for the kind referral. Please find the below enclosed consultation report.

CHIEF COMPLAINT:  Low back pain, bilateral lower extremity pain, numbness and tingling, and left knee pain.

HISTORY OF PRESENT ILLNESS:  Patient is a 55-year-old female who is right-handed and on 06/13/2020 while in Opelousas at a Lowe's store outside, she was looking and walking through an area where lawn mowers had been on display, and as she explains it, a security cable linking the lawn mowers together to prevent theft was positioned in a place that caught her feet while she was walking, and she fell forward caring a drink in 1 hand and a spoon in the other. She extended her hands to catch her fall, but her left knee hit the pavement first followed by her hands and the rest of her body. She had severe increase in low back pain and she was 2 years down the road from having a lumbar fusion. An ambulance was summoned and loaded the patient and transported her to Opelousas Hospital Emergency Room where she was evaluated, treated, and released. After that, she saw her operating surgeon, Dr. Ray Williams, an orthopedic physician in Opelousas, who recommended diagnostic studies. The diagnostic studies were performed. The patient was seen by you following a Dr. Williams visit and evaluation and treatment has been performed. A CT scan of the lumbar spine was performed on 09/18/2020. She presents also with a lumbar MRI scan performed on 09/18/2020 without contrast. She denies any change in bowel or bladder control.  She says that she had been seen by a Pain Management physician, Dr. Joseph Gillespie in Lafayette, and had problems in symptoms from time-to-time affecting the lower extremities, but this fall severely increased those pains, numbness and tingling, as well as advanced weakness in her lower extremities, to the point where she needed to start using a walker where she was not using a walker before the fall.

MEDICATION ALLERGIES:  ASPIRIN, CODEINE, MORPHINE, and SULFA.

MEDICATIONS:  Norco 10 mg, albuterol, and Spiriva.

SOCIAL HISTORY:  She is married. She has 2 children. She is a nonsmoker, nondrinker of alcohol.


EXHIBIT C

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Suite 101   Lafayette, LA 70508
3379812125  Fax: 3379812174

*July 29, 2021*
*Page 2*
*Transcription*

**Angelia Meyers**
Female                                              11480            Ins: Access Healthcare Management

REVIEW OF SYSTEMS:  Otherwise negative for chest pain, shortness of breath, other radicular symptoms, memory loss, or syncope.

PAST MEDICAL HISTORY:  Positive for hypertension, negative for diabetes, seizures, strokes, bleeding disorders, cancer, heart or lung disease. She is positive for ulcer disease, intestinal disease, GERD, rheumatoid arthritis, lupus, anxiety and depression.

PAST SURGICAL HISTORY:  Lumbar surgery in 2018, right hip surgery in 2017, hysterectomy, cholecystectomy, C-section, right knee arthroscopy, appendectomy, and laparoscopic ovary surgery.

FAMILY HISTORY:  A mother and father with hypertension, a bleeding disorder, and heart disease. A mother with strokes, infections, and diabetes. Her father has cancer. Brother has hypertension, bleeding disorder, heart disease, infections, and diabetes. She does not describe any bleeding complication from her lumbar fusion surgery.

PHYSICAL EXAMINATION:  She is awake and alert.  Cranial nerves are intact. Full range of motion of the head and neck in all directions. She has 5/5 motor strength in her upper extremities with intact sensation. In the lower extremities, she has 5-/5 dorsiflexion strength bilaterally. Diminished sensation in the lateral portion of her left leg. Mild straight leg raising signs at 90 degrees bilaterally. She has 1+ DTRs. She has exquisite tenderness to palpation in the lumbar spine. She has a well-healed lumbar incision in the midline. She localizes the pain to the L3-L4 level.

IMAGING:  Her lumbar MRI and lumbar CT scan done at Envision Imaging on 09/18/2020 are reviewed. She is described as having a solid fusion at L4-L5 and L5-S1. The L3-L4 area on the MRI scan shows significant stenosis in a circumferential fashion with foraminal entrapment. I agree with the Radiology reading.

IMPRESSION:  Fall-induced low back pain with increase in lower extremity symptoms and lumbar radiculopathy.

PLAN:  I am going to create a surgical quote for an XLIF procedure at L3-L4. The patient has had injection therapy and tincture of time and the patient is not improving. I am going to encourage her to maximize all possible nonsurgical treatment plans before engaging a surgical treatment plan. She understands that. I will keep you of course posted on her clinical progress along the way. Thank you as always for the kind referral.

Kindest personal regards,


William A. Brennan, M.D., F.A.C.S.
WAB/mkw

## Affidavit to Certify Medical Bills

I do hereby certify that the following pages are true, correct, exact and authentic photocopies of the original bills pertaining to:

_Angelia Meyers_ DOB _6-12-1966_

The amount charged for the services was reasonable at the time and place that the service was provided. The bills were prepared in the ordinary course of business. The originals of said bills were prepared at or about the time of the events and condition they record.

_Roxane Bedy H.I.R._
(Heath-Information Representative)

Date _8-4-2020_

Conservative Medical Management
1103 Kaliste Saloom Rd. Ste. 202
Lafayette, LA 70508

Notary: _____

Date: _____