UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANGELIA MEYERS | CASE NO. 6:21-CV-03384 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| LOWES HOME CENTERS, LLC, ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

Before the Court is a motion for remand. (Rec. Doc. 8). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion for remand (Rec. Doc. 8) is DENIED based upon the Court's finding of improper joinder as to defendant Alan Sherlock, such that his citizenship should be disregarded for subject matter jurisdiction purposes.

Signed at Lafayette, Louisiana, this 26th day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE